JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone:     (323) 938-4000
Facsimile:     (323) 938-4068
E-mail:        jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID HAL, | ) | CV 2:17-5612-DFM |
| | ) | |
|      Plaintiff, | ) | ORDER AWARDING EAJA |
|       v. | ) | ATTORNEY FEES |
| | ) | |
| NANCY A. BERRYHILL,ACTING | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
|      Defendant. | ) | |

        Based upon the parties' Stipulation for
the Award and Payment of Equal Access to Justice Act
(EAJA) fees, IT IS ORDERED that Plaintiff shall be
awarded attorney fees under the EAJA in the amount of
three thousand four hundred fifty dollars ($3,450.00),
as authorized by 28 U.S.C. §2412(d), subject to
the terms of the above-referenced Stipulation.

DATED: March 19, 2019     _____

                    UNITED STATES MAGISTRATE JUDGE
                         DOUGLAS F. McCORMICK

1